*Rand & Hall*, for the appellants.

*G. O. Behm*, for the appellee.

---

### SIDNER *v.* MITCHELL and Others.

Lost pleadings may be supplied, and improper or unnecessary parties be stricken out.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—Lost pleadings may be supplied, and the names of improper or unnecessary parties may be stricken out. Ind. Pr. 238, 241.

On the evidence in this case, the judgment is clearly right.

The judgment is affirmed with 5 per cent. damages and costs.

*S. Stansifer*, for the appellant.